RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _3_/_20_/_08_

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **LAWRENCE C. MONTGOMERY** | * | **CIVIL ACTION NO. 06-1168** |
| **VERSUS** | * | **JUDGE HAIK** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for his Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the parties, this Court disagrees with the Findings and Recommendation of the Magistrate Judge and the conclusions set forth therein for the following reasons:

This Court has reviewed all of the documents and materials submitted. Although this Court finds this matter to be a close call, the totality of the medical evidence, as a whole, clearly supports a finding that Mr. Montgomery met the requirements for a finding of disabled pursuant to *Listing 12.05(C)*.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and Mr. Montgomery is awarded benefits consistent with an onset date of September 17, 2003.

Lafayette, Louisiana this _19th_ day of March, 2008.

**RICHARD T. HAIK**
UNITED STATES DISTRICT COURT